**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000108
23-JUL-2025
08:21 AM
Dkt. 11 ODSD**

NO. CAAP-25-0000108

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
JESSE G. RODRIGUEZ, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH HILO DIVISION
(CASE NO. 3DTI-24-001835)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, and Leonard and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before April 14, 2025, and May 14, 2025, respectively;

(2) Self-represented Defendant-Appellant Jesse G. Rodriguez (Rodriguez) failed to file either document, or request an extension of time;

(3) On July 2, 2025, the appellate clerk entered a default notice informing Rodriguez that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on July 14, 2025, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Rodriguez could request relief from default by motion; and

(4) Rodriguez has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, July 23, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge